

2009 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

11-17-2009

# Nationwide Life Ins v. Comm Land Title Ins

Precedential or Non-Precedential: Precedential

Docket No. 06-2890

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2009

Recommended Citation

"Nationwide Life Ins v. Comm Land Title Ins" (2009). *2009 Decisions.* Paper 176.
http://digitalcommons.law.villanova.edu/thirdcircuit_2009/176

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2009 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———————

No. 06-2890

———————

NATIONWIDE LIFE INSURANCE COMPANY,
Appellant

v.

COMMONWEALTH LAND TITLE INSURANCE COMPANY

———————

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 05-cv-00281)
District Judge: Honorable Ronald L. Buckwalter

———————

Argued January 28, 2009

Before: SCIRICA, Chief Judge, AMBRO, and SMITH, Circuit Judges

(Opinion filed August 31, 2009)

**<u>ORDER AMENDING PRECEDENTIAL OPINION</u>**

AMBRO, *Circuit Judge*

IT IS NOW ORDERED that the published Opinion in the above case filed August 31, 2009, be amended as follows:

On page 31, footnote 14, the citation in the last sentence of the footnote should be replaced with: "*See* William C. Hart, *Actions to Quiet Title, in The Law of Titles in Pennsylvania*, ch. 57, at 17 (Charlotte R. Wagner Hart & William C. Hart eds., 4th ed. 2005), *available at* http://www.titlelawannotated.com/021703.pdf."

By the Court,


/s/ Thomas L. Ambro
Circuit Judge

Dated: